# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

SEHU-KESSA-SAA TABANSI, A/K/A
ALFONSO PERCY PEW #BT-7263
MENTAL HEALTH INMATE STABILITY
CODE C IN PROPRIA PERSONAM/PRO
SE,

        Appellant

        v.

WARDEN: JOHN KERESTES,
GOVERNOR: TOM CORBETT,
ATTORNEY GENERAL: KATHLEEN
KANE, SECRETARY OF CORRECTIONS:
JOHN E. WETZEL, EXECUTIVE DEPUTY
SECRETARY: SHIRLEY MOORE-SMEAL,
REGIONAL DEPUTY SECRETARY:
KLOPOTOWSKY, REVEREND JOANNE
TURMA, PRIEST CHUTTA DEPUTY
SUPERINTENDENT: VUKSTA, DEPUTY
SUPERINTENDENT: BEGGS
CORRECTIONAL CLASSIFICATIONS
PROGRAM MANAGER: MACKNIGHT,
MAJOR MICHAEL DAMCRE, CAPTAIN
LENCOVICH, LIEUTENANT BUTTS,
LIEUTENANT WAGNER, CO.
BATCHERT, LIBRARIAN HESSE, UNIT
MANAGER: TOBIAS, COUNSELOR:
HOANUNGS, UNKNOWN KITCHEN
STEWART: JANE DOE, DIETICIAN
MARGARET GERDON, DIETICIAN
MARCIA NOLES, HEARING EXAMINER
LUQUIS, PROGRAM REVIEW
COMMITTEE: MS. DESANTI, MS.
GRIFFIN, MR. KELLER, CHIEF
GRIEVANCE COORDINATOR SOGIA:
MS. DORINA VARNER, CHIEF HEARING
EXAMINER: MS. ROBIN LEWIS,
COMMONWEALTH OF PENNSYLVANIA
OFFICIALS, BUSINESS OFFICE

No. 17 EAP 2015

Appeal from the Order of
Commonwealth Court entered on March
13, 2015 at No. 544 MD 2014

DORZINSKY, CORRECTIONAL
INDUSTRIES RALPH ECKLY, RECORDS
SUPERVISOR DAVID MORGAN,

                        :
                        :
                        :
                        :
            Appellees   :


**ORDER**


**PER CURIAM**

    **AND NOW,** this 16th day of February, 2016, the Order of the Commonwealth Court is **AFFIRMED**.

    Mr. Justice Eakin did not participate in the consideration or decision of this case.